UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLAUDE ZAIN McCOLLUM,

       Plaintiff,

Case No. 1:08-cv-96

v.

Hon. Gordon J. Quist

RODNEY BAHL, et al,

       Defendants.

_____/

**ORDER GRANTING MOTION TO COMPEL DISCOVERY**

Pending before the court is Plaintiff's Motion to Compel Discovery (docket no. 302). The parties have resolved most of this motion. For the reasons more fully stated on the record at the hearing held this date, the motion is **GRANTED** as to items 3, 12 and 13, which items shall be produced within the next ten (10) days.

**IT IS SO ORDERED.**

Dated: March 8, 2010                             /s/ Hugh W. Brenneman, Jr.
                                                              HUGH W. BRENNEMAN, JR.
                                                              United States Magistrate Judge