UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLAUDE ZAIN McCOLLUM,

    Plaintiff,

Case No. 1:08-cv-96

v.

Hon. Gordon J. Quist

RODNEY BAHL, et al,

    Defendants.
_____/

**ORDER GRANTING MOTION FOR PROTECTIVE ORDER**

Pending before the court is Plaintiff's Motion for Protective Order (docket no. 290). The Ingham County Prosecutor's Office was notified of this motion, but did not attend the hearing held this date, and nothing has been filed in opposition to this motion. Accordingly, the motion is hereby **GRANTED.** Plaintiff shall update the previously-submitted proposed stipulated protective order, to show that the Kronenberg investigation is no longer an open investigation. Upon the signing of the revised stipulation, the protective order may be presented to the undersigned for approval.

    **IT IS SO ORDERED.**

Dated: March 8, 2010                           /s/ Hugh W. Brenneman, Jr.
                                                              HUGH W. BRENNEMAN, JR.
                                                              United States Magistrate Judge