# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

CLAUDE ZAIN McCOLLUM

    Plaintiff,

v.

RODNEY BAHL, JOHN IMESON,
LANSING COMMUNITY COLLEGE,

    Defendants.

Case No. 1:08-cv-00096
Hon. Gordon J. Quist

**<u>PROTECTIVE ORDER</u>**

---

Hugh Barrington Clarke, Jr. (P30156)
Hugh B. Clarke, Jr. & Associates
Attorney for Plaintiff Claude Zain McCollum
215 S. Washington Sq., Suite 210
Lansing, MI 48933
(517) 487-1401 / Fax (517) 487-1404
hugh@hughclarkelaw.com

Thomas J. Wuori (P41096)
HALPERT WESTON WUORI & SAWUSCH, PC
Attorneys for Plaintiff Claude Zain McCollum
136 E. Michigan Avenue, Suite 1050
Kalamazoo, MI 49007
(269) 388-4800 / Fax (269) 388-4280
twuori@hwwspc.com

E. Thomas McCarthy, Jr., Esq. (P28714)
SMITH, HAUGHEY, RICE & ROEGGE
Attorneys for Plaintiff Claude Zain McCollum
250 Monroe Ave., NW, Suite 200
Grand Rapids, MI 49503
(616) 458-9224 / Fax (616) 774-2461
tmccarthy@shrr.com

Michael D. Weaver (P43985)
PLUNKETT COONEY
Co-Counsel for Defendants
38505 Woodward Ave., Suite 2000
Bloomfield Hills, MI 48304
(248) 901-4025 / Fax (248) 901-4040
mweaver@plunkettcooney.com

Michael S. Bogren (P34835)
PLUNKETT COONEY
Co-Counsel for Defendants
950 Trade Centre Way, Suite 310
Kalamazoo, MI 49002
(269) 226-8822 / Fax (269) 382-2506
mbogren@plunkettcooney.com

---

    The parties to this action having appeared before this court on the Plaintiff's Motion for Protective Order (Document 290); and counsel for the Ingham County Prosecutor having been invited to attend the hearing on this matter and without a response from them; and for those reasons more fully stated on the record in open court; and the investigation into the death of Carolyn Kronenberg having been declared a closed case by the Ingham County Prosecutor;

IT IS ORDERED that all unredacted reports prepared by the Michigan State Police Major Crime Team or any other law enforcement agency as it relates to the re-investigation of the homicide of Carolyn Kronenberg as requested by the parties to this action after the date of entry of this order shall be subject to this protective order and shall not be disseminated generally to the public;

IT IS FURTHER ORDERED that counsel for the parties may use any reports generated and provided from and after the date of this order as well as any testimony or statements generated by deposition or interview of any officer involved in the Kronenberg homicide reinvestigation may be used for those purposes necessary in this litigation for pretrial, trial or appellate purposes unless otherwise ordered by this court;

IT IS FURTHER ORDERD that every person to whom disclosure is made of the documents and information gained hereunder shall be advised of and informed that they are subject to this protective order;

IT IS FURTHER ORDERED that this Protective Order shall not apply to any reports, evidence, statements, deposition testimony or confessions previously provided to the parties to this action prior to the date of this order;

IT IS FURTHER ORDERED that each page of a document subject to production under this Protective Order shall contain the statement "Produced pursuant to the Protective Order entered ___[date inserted]___." This statement shall not be removed from any document that is produced pursuant to this Protective Order and shall appear on every copy of the documents that are made.

Dated: March __23__, 2010

/s/ Hugh W. Brenneman, Jr.
HUGH W. BRENNEMAN JR.
United States Magistrate Judge